IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA DUKU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EDWARD OSTRROM, EXECUTOR OF THE ESTATE OF JAMES CROSSMORE | : | NO. 02-3809 |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Wednesday, April 16, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: December 18, 2002

Copies:    Lenora Kashner, Courtroom Deputy to Judge Baylson
Docket Clerk - Case File

　　　Counsel:    Frederic I. Weinberg, Esq.
　　　　　　　　Cy Goldberg, Esq.

ARB2.FRM