IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONICA DUKU                               :
                                          :
                                          :
    vs                                    :         Civil Action No. 02-3809
                                          :
                                          :
EDWARD OSTROM, Executor of the            :
Estate of JAMES CROSSMORE                 :

# *O R D E R*

AND NOW, this _____ day of _____, 2003, it is hereby ORDERED and DECREED that Plaintiff, Monica Duku, is compelled to comply with her duty of disclosure pursuant to FRCVP 26(a) within twenty (20) days of the date hereof or suffer the imposition of sanctions upon further application to the Court.

It is further ORDERED and DECREED that Plaintiff, Monica Duku, is compelled to answer Defendant, Edward Ostrom's Interrogatories and Request for Production of Documents within twenty (20) days of the date hereof or suffer the imposition of sanctions upon further application to the Court.  [All documents produced or withheld are to be numbered consecutively beginning with the number "1".]

                                                          BY THE COURT:

                                                          _____
                                                                                J.

**Arbitration Date: April 16, 2003**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA DUKU | : | |
| | : | |
| | : | |
| vs | : | Civil Action No. 02-3809 |
| | : | |
| | : | |
| EDWARD OSTROM, Executor of the | : | |
| Estate of JAMES CROSSMORE | : | |

### *MOTION TO COMPEL DISCOVERY*

Defendant, Edward Ostrom, moves this Honorable Court, by and through his attorneys, Goldberg, Miller & Rubin, P.C., to compel plaintiff, Monica Duku, to comply with her duty of disclosure pursuant to FRCVP 26(a) and to specifically answer Defendant's Interrogatories and Request for Production of Documents as follows:

1. On or about September 27, 2002, the plaintiff served her Complaint on defendant, Edward Ostrom, Executor of the Estate of James Crossmore.

2. The plaintiff has yet to comply with her duty of disclosure pursuant to FRCVP 26(a).

3. In addition, on or about December 31, 2002, the defendant forwarded formal discovery requests to the plaintiff. See Exhibit "A."

4. On or about January 31, 2003, defense counsel inquired as to the status of said discovery. See Exhibit "B."

5. To date, the plaintiff has failed to comply with her duty of disclosure pursuant to FRCVP 26(a) or to answer defendant's formal discovery requests.

6. Defendant is unable to adequately prepare for arbitration until such time as the

plaintiff complies with her duty of disclosure pursuant to FRCVP 26(a) or appropriately responds to the defendant's formal discovery requests.

WHEREFORE, defendant, Edward Ostrom, respectfully requests this Honorable Court to enter the proposed Order, as attached, directing the plaintiff, Monica Duku, to comply with her duty of disclosure pursuant to FRCVP 26(a) and to answer defendant's formal discovery requests.

> Respectfully submitted,
>
> GOLDBERG, MILLER & RUBIN, P.C.
>
>
> BY: _____
> CY GOLDBERG, ESQUIRE
> I.D. 35369
> Attorney for Defendant
> 121 S. Broad Street
> 15th Floor
> Philadelphia, PA 19107
> 215-735-3994

DATED: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA DUKU | : | |
| | : | |
| | : | |
| vs | : | Civil Action No. 02-3809 |
| | : | |
| | : | |
| EDWARD OSTROM, Executor of the | : | |
| Estate of JAMES CROSSMORE | : | |

### *MEMORANDUM OF LAW IN SUPPORT OF*
### *DEFENDANT'S MOTION TO COMPEL DISCOVERY*

Defendant, Edward Ostrom, hereby references his Motion to Compel Discovery as though fully set forth herein.

        Respectfully submitted,

        GOLDBERG, MILLER & RUBIN, P.C.

BY: _____
        CY GOLDBERG, ESQUIRE
        I.D. 35369
        Attorney for Defendant
        121 S. Broad Street
        15th Floor
        Philadelphia, PA 19107
        215-735-3994

DATED: _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MONICA DUKU** | : | |
| | : | |
| | : | |
| vs | : | Civil Action No. 02-3809 |
| | : | |
| | : | |
| **EDWARD OSTROM, Executor of the** | : | |
| **Estate of JAMES CROSSMORE** | : | |

### *CERTIFICATION OF SERVICE*

I, Cy Goldberg, Esquire, do hereby certify that service of a true and correct copy of the within **Motion to Compel** has been sent to the following by United States Mail, postage pre-paid:

Frederick I. Weinberg, Esquire
21 S. 21st Street
Philadelphia, PA 19103

BY: _____
CY GOLDBERG, ESQUIRE
DATED: _____                        Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONICA DUKU : | |
| : | |
| : | |
| vs : | Civil Action No. 02-3809 |
| : | |
| : | |
| EDWARD OSTROM, Executor of the : | |
| Estate of JAMES CROSSMORE : | |

**CERTIFICATION OF GOOD FAITH**

The undersigned counsel for defendant certifies and attests that he has in good faith attempted to confer with plaintiff's counsel in an effort to secure the disclosure and discovery in question without court action. See Exhibit "B."

**CERTIFIED TO THE COURT BY:**

Dated:_____

　　　　　　　　　　　　　　　　　　　　　CY GOLDBERG, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant